**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:  JIM'S UNCLAIMED FURNITURE, INC.    CASE NO:  19-13948
        DEBTOR                                                             CHAPTER 7

**TRUSTEE'S NOTICE OF CHANGE OF STATUS**

      **COMES NOW** the chapter 7 trustee in the above captioned case and states that although the case was previously noticed to parties in interest as a no-asset case, the trustee has discovered assets which may result in a distribution to creditors of the estate.

      Therefore, it is requested that a notice to file claims should be mailed to all creditors of record.

      **RESPECTFULLY** submitted, this the 4TH day of November 2019.

                                                      ___/s/William L. Fava_____
                                                    WILLIAM L. FAVA (MSB# 101348)
                                                      Chapter 7 Trustee

P.O. Box 783
Southaven, MS  38671
(662) 536-1116